UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER CHARLES EARLY

VERSUS

WEST BATON ROUGE POLICE DEPARTMENT

CIVIL ACTION

NO. 15-377-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated March 24, 2016 (doc. no. 13) to which no objection has been filed.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, this matter is DISMISSED without prejudice for the plaintiff's failure to appear, despite a clear warning that continued failure to appear might result in dismissal of the action.

Baton Rouge, Louisiana, this 2nd day of May, 2016.

_____
JAMES J. BRADY, U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA